Francisco Mendoza TORRES; Susana Zepeda Esquivel, a.k.a. Susanna Cepeda–Quivil, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–73986.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted June 15, 2011.*

Filed June 29, 2011.

Nicomedes E. Suriel, Supervisory, Law Offices of Nicomedes E. Suriel, Phoenix, AZ, for Petitioners.

Craig Alan Newell, Jr., Esquire, Trial, James Arthur Hunolt, Senior Litigation

Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

## MEMORANDUM **

Francisco Mendoza Torres and Susana Zepeda Esquivel, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's ("IJ") decision denying their applications for cancellation of removal. We review de novo claims of due process violations in removal proceedings. *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir.2000). We deny the petition for review.

Petitioners' claim that the IJ violated their due process rights by exhibiting bias and interrupting their testimony fails because the proceedings were not so fundamentally unfair that they were prevented from reasonably presenting their case, and they failed to demonstrate prejudice. *See id.* at 971–72; *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring prejudice for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.